1
2
3
4
5   ***E-FILED - 9/8/09***
6
7
8
9   IN THE UNITED STATES DISTRICT COURT
10  FOR THE NORTHERN DISTRICT OF CALIFORNIA

11  RONALD FOSTER,                    )   No. C 09-2585 RMW (PR)
                                      )
12                  Petitioner,       )   JUDGMENT
                                      )
13      vs.                           )
                                      )
14  M.D. McDONALD,                    )
                                      )
15                  Respondent.       )
                                      )
16
17      The court has dismissed the instant petition for writ of habeas corpus without prejudice. A judgment of dismissal without prejudice is entered. The clerk shall close the file.

18
19  IT IS SO ORDERED.

DATED: 9/4/09

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

20
21
22
23
24
25
26
27
28

Order of Dismissal
P:\PRO-SE\SJ.Rmw\HC.09\Foster585jud.wpd      1